# UNITED STATES BANKRUPTCY COURT
## Middle District of Lousiana

In re  Ian E. James                                      ,            Case No.  13-10658
              Debtor

                                                                      Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Baton Rouge Sewer & Drain Service, Inc. dba Roto Rooter Plumbing & Drain P.O. Box 64966 Baton Rouge, LA 70896 | | | | 550 |
| Camelot Club 451 Florida St. Baton Rouge, LA 70801 | | | | 746 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Regions Bank<br>Consumer Collections<br>Drawer 550<br>P.O. Box 11407<br>Birmingham, AL<br>35246-8651 | | | | 828 |
| American Express<br>P.O. Box 650448<br>Dallas, TX<br>75265-0448 | | | | 2,338 |
| Chase Bank<br>P.O. Box 94014<br>Palatine, IL<br>60094-4014 | | | | 2,500 |
| Philip Bohrer<br>8712 Jefferson Hwy.<br>Baton Rouge, LA<br>70809 | | | | 3,000 |
| MPJ Real Estate, LLC<br>8564 Jefferson Hwy., Ste. A<br>Baton Rouge, LA<br>70809 | | | Disputed | 3,063 |
| Chase Bank<br>P.O. Box 94014<br>Palatine, IL<br>60094-4014 | | | | 5,912 |
| Chase Bank<br>P.O. Box 5210<br>New Hyde Park, NY<br>11042 | | | | 28,000<br>Collateral FMV<br>22,000 |
| American Express<br>P.O. Box 650448<br>Dallas, TX<br>75265-0448 | | | | 6,000 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Taylor, Porter, Brooks & Phillips, LLP<br>P.O. Box 2471<br>Baton Rouge, LA 70821 | | | | 6,960 |
| Congressional Federal Credit Union<br>P.O. Box 71050<br>Charlotte, NC 28272-1050 | | | | 11,000 |
| U.S. Bank<br>P.O. Box 790408<br>St. Louis, MO 63179-0408 | | | | 20,085 |
| Wells Fargo Advisor Financial Network, LLC<br>c/o J. Burke McCormick<br>Legal Division<br>1 North Jefferson Ave.<br>St. Louis, MO 63103 | | | | 20,242 |
| Regions Bank<br>P.O. Box 2224<br>Birmingham, AL 35246-0026 | | | | 25,227 |
| Elan Financial Services<br>P.O. Box 790408<br>St. Louis, MO 63179-0408 | | | | 30,329 |

|  (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| First Bankcard c/o First National Bank of Omaha P.O. Box 2557 Omaha, NE 68103-2557 | | | | 32,251 |
| Regions Bank P.O. Box 2224 Birmingham, AL 35246-0026 | | | | 34,294 |
| James Stanley Harris c/o Sarah J. Lambremont Ezell Law Firm, LLC 10761 Perkins Road, Ste. A Baton Rouge, LA 70810 | | | | 74,685 Collateral FMV 38,000 |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing list of twenty largest unsecured creditors and that it is true and correct to the best of my knowledge, information and belief.

Date   5/14/13                    Signature   /s/ Ian E. James
                                              IAN E. JAMES