# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA

IN RE:

IAN E. JAMES                                                    CASE NO. 13-10658

    Debtor                                              CHAPTER 11

*************************************************************************

## MOTION FOR EXPEDITED HEARING

**NOW INTO COURT,** through undersigned counsel, comes Ian E. James ("Debtor"), debtor herein, which respectfully avers:

1.

On May 14, 2013, Debtor filed a voluntary petition for relief under Chapter 11, Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Louisiana.

2.

On May 16, 2013, Debtor filed a *Motion for Authority to Pay Employee's Pre-Petition Wages, Benefits and Related Expenses* ("Motion") [P-13].

3.

By this Motion, the Debtor requests entry of an order authorizing the Debtor to pay his employee's pre-petition wages, related expenses and benefits.

4.

The Debtor requests a hearing on the Motion on an expedited basis to be held on May 24, 2013 at 9:00 a.m. The Debtor's pay period ends on May 24, so that holding a hearing on regular notice would deprive the employee of her ordinary pay.

**WHEREFORE**, the Debtor respectfully requests an expedited hearing be held on May 24, 2013 on the *Motion for Authority to Pay Employee's Pre-Petition Wages, Benefits and Related Expenses* [P-13], and for any other relief this Court deems necessary and proper.

                               **Respectfully submitted;**

By: <u>s/ Arthur A. Vingiello</u>
    **ARTHUR A. VINGIELLO (#13098)**
    Steffes, Vingiello & McKenzie, LLC
    13702 Coursey Blvd., Building 3
    Baton Rouge, Louisiana 70817
    Telephone: (225) 751-1751
    Facsimile: (225) 751-1998
    E-mail: avingiello@steffeslaw.com

*Attorneys for Debtor*