B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re: **Ian E James dba Capital Financial Group**
_Debtor_

Case No. **13-10658**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **July 2013**   Date filed: **7/15/13**

Line of Business: **Financial Advisor**   NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

**Ian E. James**
Printed Name of Responsible Party

**Questionnaire:** (All questions to be answered on behalf of the debtor.)

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | X | |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | | X |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | X | |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | | |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | | X |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | X | |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X | |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | | |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | X | |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☒ ☐
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☒ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ _____

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ _____
Cash on Hand at End of Month $ _____
PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ _____

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ _____
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ _____
*(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** $ _____

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ _____ | $ _____ | $ _____ |
| EXPENSES | $ _____ | $ _____ | $ _____ |
| CASH PROFIT | $ _____ | $ _____ | $ _____ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ _____

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

2:25 PM
08/14/13
Accrual Basis

# IAN E JAMES
## Profit & Loss
### July 2013

|  | Jul 13 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Commission Income | 19,495.41 |
| Other Income | 3,400.00 |
| **Total Income** | 22,895.41 |
| **Expense** | |
| Advertising and Promotion | 353.99 |
| Automobile Expense | 468.82 |
| Child Support | 4,293.00 |
| Client Gifts | 399.10 |
| Computer and Internet Expenses | 35.55 |
| Continuing Education | 105.00 |
| Dues and Subscriptions | 1,556.00 |
| Fees and Dues | 383.86 |
| Grocery/other expense | 557.02 |
| Insurance Expense | 382.46 |
| LEGAL | 2,000.00 |
| Meals and Entertainment | 1,547.19 |
| MEDICAL EXPENSE | 80.06 |
| MEDICAL INSURANCE | 3,141.84 |
| Misc Expense | 2,516.94 |
| Office Supplies | 394.17 |
| Payroll Expenses | 2,142.35 |
| Postage and Delivery | 92.00 |
| Printing and Reproduction | 420.00 |
| Professional Fees | 125.00 |
| Rent Expense | 3,000.00 |
| Repairs and Maintance | 1,710.91 |
| Telephone Expense | 1,190.80 |
| Travel Expense | 1,018.08 |
| Utilities | 8.14 |
| **Total Expense** | 27,922.28 |
| **Net Ordinary Income** | -5,026.87 |
| **Net Income** | -5,026.87 |

IAN E JAMES

8/14/2013 12:47 PM

Register ~~████████████~~
From ~~████████████~~
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/18/2013 | DEP | DEPOSIT | Commission Income | Deposit | | | 100.00 | 100.00 |
| 07/30/2013 | AUTO | CHASE BANK | Office Supplies | CHECKS ORD... | 45.50 | | | 54.50 |

IAN E JAMES

8/14/2013 12:14 PM

Register: CFG/ 8917
From 07/01/2013 through 07/31/2013
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 6/29 | Deposit | | | | | | 500.00 | |
| 07/09/2013 | AUTO | CHASE BANK | Office Supplies | CHECK ORDER | 32.50 | | | 467.50 |
| 07/09/2013 | CARD | USPS | Postage and Delivery | | 92.00 | | | 375.50 |
| 07/10/2013 | CARD | GALATORIES | Meals and Entertainment | | 11.99 | | | 363.51 |
| 07/10/2013 | CARD | JEFFS FOOD MART | Meals and Entertainment | | 18.05 | | | 345.46 |
| 07/11/2013 | AUTO | DELTA | Other Income | REFUND | | | 25.00 | 370.46 |
| 07/11/2013 | CARD | HOOTERS | Meals and Entertainment | | 26.20 | | | 344.26 |
| 07/11/2013 | CARD | HOOTERS | Meals and Entertainment | | 4.76 | | | 339.50 |
| 07/11/2013 | CARD | DELTA | Other Income | | 25.00 | | | 314.50 |
| 07/11/2013 | CARD | BTR MAIN | Misc Expense | | 15.45 | | | 299.05 |
| 07/12/2013 | CARD | PARADIES | Meals and Entertainment | | 3.26 | | | 295.79 |
| 07/12/2013 | CARD | PARADIES | Meals and Entertainment | | 19.61 | | | 276.18 |
| 07/12/2013 | CARD | BATON ROUGE AI... | Meals and Entertainment | | 8.00 | | | 268.18 |
| 07/12/2013 | CARD | LAVA CANTINA | Meals and Entertainment | | 130.33 | | | 137.85 |
| 07/12/2013 | CARD | TACO BELL | Meals and Entertainment | | 5.40 | | | 132.45 |
| 07/18/2013 | DEP | DEPOSIT | Commission Income | Deposit | | | 600.00 | 732.45 |
| 07/18/2013 | CARD | EMERALD | Advertising and Promo... | | 53.99 | | | 678.46 |
| 07/19/2013 | 101 | REEF CORAL | Repairs and Maintance | | 400.00 | | | 278.46 |
| 07/22/2013 | DEP | DEPOSIT | Commission Income | Deposit | | | 5,000.00 | 5,278.46 |
| 07/22/2013 | AUTO | COX | Telephone Expense | | 638.62 | | | 4,639.84 |
| 07/22/2013 | CARD | HOOTERS | Meals and Entertainment | | 9.53 | | | 4,630.31 |
| 07/22/2013 | CARD | THE CHIMES | Meals and Entertainment | | 115.23 | | | 4,515.08 |
| 07/22/2013 | CARD | TWIN PEAKS | Meals and Entertainment | | 121.89 | | | 4,393.19 |
| 07/22/2013 | 103 | S & S PRPINTING | Printing and Reproduct... | | 210.00 | | | 4,183.19 |
| 07/24/2013 | CARD | PORTICO | Meals and Entertainment | | 27.15 | | | 4,156.04 |
| 07/24/2013 | CARD | HOME DEPOT | Repairs and Maintance | | 46.87 | | | 4,109.17 |
| 07/24/2013 | 104 | BLUE CROSS | MEDICAL INSURAN... | | 1,570.92 | | | 2,538.25 |
| 07/25/2013 | CARD | STUB HUB | Client Gifts | | 195.50 | | | 2,342.75 |
| 07/26/2013 | AUTO | DISH NETWORK | Computer and Internet ... | | 35.55 | | | 2,307.20 |
| 07/26/2013 | AUTO | CHASE BANK | Commission Income | TO ACT 3861 | 800.00 | | | 1,507.20 |
| 07/26/2013 | CARD | DEANGELOS PIZZ... | Meals and Entertainment | | 24.75 | | | 1,482.45 |
| 07/29/2013 | CARD | UNITED AIRLINES | Travel Expense | IDAHO TRIP | 804.40 | | | 678.05 |
| 07/29/2013 | CARD | AT&T | Telephone Expense | | 142.08 | | | 535.97 |
| 07/29/2013 | 108 | PRO SAFE | Dues and Subscriptions | | 66.00 | | | 469.97 |
| 07/31/2013 | DEP | STUB HUB | Other Income | REFUND | | | 100.00 | 569.97 |
| 07/31/2013 | CARD | COL FOR FIN PLA... | Continuing Education | | 105.00 | | | 464.97 |
| 07/31/2013 | CARD | WALL STREET GR... | Office Supplies | BIRTHDAY C... | 145.14 | | | 319.83 |
| 07/31/2013 | CARD | J ALEXANDERS | Meals and Entertainment | | 24.80 | | | 295.03 |
| 07/31/2013 | CARD | BAR LOUIE | Meals and Entertainment | | 16.08 | | | 278.95 |

*act 3861 ohw*
*Peyson's*
*oc*

IAN E JAMES

8/13/2013 1:57 PM

Register: Ian James personal
From 07/01/2013 through 07/31/2013
Sorted by: Date, Type, Number/Ref

*7/1/13 Starting Balance 2662.40*

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/01/2013 | DEP | DEPOSIT | Other Income | Deposit | | | 1,100.00 | 3,762.40 |
| 07/01/2013 | CARD | MOD SALON | Professional Fees | | 65.00 | | | 3,697.40 |
| 07/01/2013 | CARD | CARRABBAS | Meals and Entertainment | | 40.81 | | | 3,656.59 |
| 07/01/2013 | CARD | JIMMY JOHNS | Meals and Entertainment | | 12.37 | | | 3,644.22 |
| 07/01/2013 | CARD | COPELANDS | Meals and Entertainment | | 73.18 | | | 3,571.04 |
| 07/01/2013 | 1104 | RAM HEATING | Repairs and Maintance | | 280.00 | | | 3,291.04 |
| 07/01/2013 | 1116 | HOMECARE | Repairs and Maintance | | 120.00 | | | 3,171.04 |
| 07/02/2013 | CARD | WALGREENS | MEDICAL EXPENSE | CO PAY | 7.00 | | | 3,164.04 |
| 07/02/2013 | CARD | EXXONMOBILE | Automobile Expense | | 59.92 | | | 3,104.12 |
| 07/02/2013 | CARD | MAXWELLS | Grocery/other expense | | 7.62 | | | 3,096.50 |
| 07/02/2013 | CARD | TRAVEL PLAZA | Meals and Entertainment | | 6.89 | | | 3,089.61 |
| 07/02/2013 | CARD | EXXONMOBILE | Automobile Expense | | 3.24 | | | 3,086.37 |
| 07/02/2013 | CARD | HOTELS.COM | Travel Expense | | 101.78 | | | 2,984.59 |
| 07/02/2013 | CARD | LUPE TORTILLA | Meals and Entertainment | | 69.61 | | | 2,914.98 |
| 07/02/2013 | CARD | ALAMO-VINTAGE ... | Misc Expense | | 5.87 | | | 2,909.11 |
| 07/02/2013 | CARD | ALAMO-VINTAGE ... | Fees and Dues | PARK FEE | 17.61 | | | 2,891.50 |
| 07/02/2013 | CARD | TARGET | Grocery/other expense | | 38.59 | | | 2,852.91 |
| 07/02/2013 | CARD | STUCKEYS | Meals and Entertainment | | 4.05 | | | 2,848.86 |
| 07/02/2013 | CARD | EXXONMOBILE | Automobile Expense | | 54.63 | | | 2,794.23 |
| 07/02/2013 | 1107 | HOUSEPET | Misc Expense | VET FOR LU... | 205.00 | | | 2,589.23 |
| 07/03/2013 | AUTO | CHASE BANK | Fees and Dues | | 34.00 | | | 2,555.23 |
| 07/03/2013 | AUTO | CHASE BANK | Fees and Dues | | 34.00 | | | 2,521.23 |
| 07/03/2013 | CARD | ITUNES | Meals and Entertainment | | 9.79 | | | 2,511.44 |
| 07/03/2013 | CARD | ALAMO-VINTAGE ... | Misc Expense | | 19.00 | | | 2,492.44 |
| 07/03/2013 | CARD | SHELL OIL | Automobile Expense | | 2.82 | | | 2,489.62 |
| 07/03/2013 | CARD | SHELL OIL | Automobile Expense | | 2.82 | | | 2,486.80 |
| 07/03/2013 | CARD | THE V SHOP | Misc Expense | | 306.40 | | | 2,180.40 |
| 07/03/2013 | 1076 | CUPID HART-JAMES | Child Support | | 1,493.00 | | | 687.40 |
| 07/03/2013 | 1161 | SHELLY ROBIN | Payroll Expenses | | 1,071.18 | | | -383.78 |
| 07/05/2013 | DEP | DEPOSIT | Commission Income | Deposit | | | 1,422.51 | 1,038.73 |
| 07/05/2013 | CARD | TWIN PEAKS | Meals and Entertainment | | 49.14 | | | 989.59 |
| 07/05/2013 | CARD | ALBERTSONS | Grocery/other expense | | 34.14 | | | 955.45 |
| 07/05/2013 | CARD | PAY CHEX | Fees and Dues | | 65.25 | | | 890.20 |
| 07/08/2013 | DEP | DEPOSIT | Other Income | Deposit | | | 2,100.00 | 2,990.20 |
| 07/08/2013 | DEP | DEPOSIT | Other Income | Deposit | | | 100.00 | 3,090.20 |
| 07/08/2013 | CARD | MCDONALDS | Meals and Entertainment | | 26.19 | | | 3,064.01 |
| 07/08/2013 | CARD | TWIN PEAKS | Meals and Entertainment | | 29.83 | | | 3,034.18 |
| 07/08/2013 | CARD | LAVA CANTINA | Meals and Entertainment | | 10.61 | | | 3,023.57 |
| 07/08/2013 | CARD | LAVA CANTINA | Meals and Entertainment | | 112.11 | | | 2,911.46 |
| 07/08/2013 | CARD | WALGREENS | MEDICAL EXPENSE | | 73.06 | | | 2,838.40 |

Page 1

IAN E JAMES                                                                                                     8/13/2013 1:57 PM

Register: Ian James personal
From 07/01/2013 through 07/31/2013
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/08/2013 | CARD | LESLIE POOLMART | Repairs and Maintance | | 19.04 | | | 2,819.36 |
| 07/08/2013 | CARD | SHELL OIL | Automobile Expense | | 12.73 | | | 2,806.63 |
| 07/08/2013 | CARD | CHCX-FL | Meals and Entertainment | | 7.52 | | | 2,799.11 |
| 07/08/2013 | CARD | MICROSOFT | Dues and Subscriptions | | 24.00 | | | 2,775.11 |
| 07/08/2013 | CARD | RITE AID STORE | Misc Expense | | 25.00 | | | 2,750.11 |
| 07/08/2013 | CARD | WALGREENS | Grocery/other expense | | 36.58 | | | 2,713.53 |
| 07/08/2013 | CARD | ALBERTSONS | Grocery/other expense | | 34.55 | | | 2,678.98 |
| 07/08/2013 | CARD | LAVA CANTINA | Meals and Entertainment | | 70.39 | | | 2,608.59 |
| 07/08/2013 | CARD | OFFICE DEPOT | Office Supplies | | 159.05 | | | 2,449.54 |
| 07/09/2013 | CARD | ITUNES | Meals and Entertainment | | 5.44 | | | 2,444.10 |
| 07/09/2013 | CARD | ALBERTSONS | Grocery/other expense | | 10.28 | | | 2,433.82 |
| 07/09/2013 | 1053 | CCLA | Dues and Subscriptions | | 1,000.00 | | | 1,433.82 |
| 07/09/2013 | 1056 | REMAX | Misc Expense | REGINIA | 307.22 | | | 1,126.60 |
| 07/09/2013 | 1117 | CCLA | Dues and Subscriptions | | 400.00 | | | 726.60 |
| 07/11/2013 | CARD | APPLE ITUNES ST... | Misc Expense | | 13.05 | | | 713.55 |
| 07/12/2013 | DEP | DEPOSIT | Commission Income | Deposit | | | 3,541.72 | 4,255.27 |
| 07/12/2013 | AUTO | TRANSFER | Commission Income | TO HOUSEH... | 589.70 | | | 3,665.57 |
| 07/12/2013 | AUTO | CHASE BANK | Fees and Dues | | 40.00 | | | 3,625.57 |
| 07/12/2013 | CARD | WALGREENS | Office Supplies | COKES FOR ... | 11.98 | | | 3,613.59 |
| 07/12/2013 | WIRE | OBRIEN & MCCOR... | LEGAL | | 2,000.00 | | | 1,613.59 |
| 07/12/2013 | 1009 | MISC | Misc Expense | | 135.00 | | | 1,478.59 |
| 07/15/2013 | AUTO | CHASE BANK | Fees and Dues | | 70.00 | | | 1,408.59 |
| 07/15/2013 | CARD | SHELL OIL | Automobile Expense | | 77.14 | | | 1,331.45 |
| 07/15/2013 | CARD | HOOTERS | Meals and Entertainment | | 17.69 | | | 1,313.76 |
| 07/15/2013 | CARD | CYPRESS CAFE | Meals and Entertainment | | 37.83 | | | 1,275.93 |
| 07/15/2013 | CARD | SAN FRANCISCO P... | Meals and Entertainment | TOUR | 30.00 | | | 1,245.93 |
| 07/15/2013 | CARD | HOTELS.COM | Travel Expense | | 19.67 | | | 1,226.26 |
| 07/15/2013 | CARD | ROYAL SONETST... | Travel Expense | | 27.15 | | | 1,199.11 |
| 07/15/2013 | CARD | IAN JAMES | Grocery/other expense | | 206.00 | | | 993.11 |
| 07/15/2013 | CARD | OCEANA GRILL | Meals and Entertainment | | 63.97 | | | 929.14 |
| 07/15/2013 | 1059 | TRITRA LANDRY | Misc Expense | | 405.08 | | | 524.06 |
| 07/15/2013 | 1074 | REMY MONTA N | Misc Expense | DRY CLEANI... | 106.85 | | | 417.21 |
| 07/15/2013 | 1077 | CUPID HART-JAMES | Child Support | | 300.00 | | | 117.21 |
| 07/15/2013 | 1118 | JON FINE | Advertising and Promo... | | 300.00 | | | -182.79 |
| 07/16/2013 | DEP | DEPOSIT | Commission Income | Deposit | | | 1,900.00 | 1,717.21 |
| 07/16/2013 | CARD | HOTEL LEMAIS | Travel Expense | | 65.08 | | | 1,652.13 |
| 07/16/2013 | CARD | SHELL OIL | Automobile Expense | | 16.88 | | | 1,635.25 |
| 07/16/2013 | 1079 | UTILITY PAYMEN... | Utilities | | 8.14 | | | 1,627.11 |
| 07/17/2013 | CARD | HOOTERS | Meals and Entertainment | | 21.80 | | | 1,605.31 |
| 07/17/2013 | CARD | ITUNES | Meals and Entertainment | | 25.04 | | | 1,580.27 |

IAN E JAMES

8/13/2013 1:57 PM

Register: Ian James personal
From 07/01/2013 through 07/31/2013
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/17/2013 | CARD | EXXONMOBILE | Automobile Expense | | 16.88 | | | 1,563.39 |
| 07/17/2013 | 1058 | BRENDA BALLARD | Repairs and Maintance | LAWN SERVI... | 225.00 | | | 1,338.39 |
| 07/18/2013 | AUTO | CHASE BANK | Fees and Dues | | 34.00 | | | 1,304.39 |
| 07/18/2013 | CARD | SAMMYS | Meals and Entertainment | | 25.71 | | | 1,278.68 |
| 07/18/2013 | CARD | LAVA CANTINA | Meals and Entertainment | | 48.75 | | | 1,229.93 |
| 07/18/2013 | CARD | IAN JAMES | Misc Expense | | 100.00 | | | 1,129.93 |
| 07/18/2013 | 1052 | SUE JAMES | Client Gifts | BIRTHDAY | 100.00 | | | 1,029.93 |
| 07/18/2013 | 1078 | HOMECARE | Repairs and Maintance | | 120.00 | | | 909.93 |
| 07/18/2013 | 1161 | SHELLY ROBIN | Payroll Expenses | | 1,071.17 | | | -161.24 |
| 07/19/2013 | AUTO | PAY CHEX | Fees and Dues | PAYROLL PR... | 55.00 | | | -216.24 |
| 07/19/2013 | CARD | EXXONMOBILE | Automobile Expense | | 1.74 | | | -217.98 |
| 07/19/2013 | CARD | EXXONMOBILE | Automobile Expense | | 65.29 | | | -283.27 |
| 07/22/2013 | DEP | DEPOSIT | Commission Income | Deposit | | | 7,282.02 | 6,998.75 |
| 07/22/2013 | AUTO | IAN JAMES | Commission Income | TRANSFER | 154.00 | | | 6,844.75 |
| 07/22/2013 | AUTO | IAN JAMES | Misc Expense | | 400.00 | | | 6,444.75 |
| 07/22/2013 | AUTO | CHASE BANK | Commission Income | TO OPEN CF... | 5,000.00 | | | 1,444.75 |
| 07/22/2013 | CARD | ITUNES | Meals and Entertainment | | 14.14 | | | 1,430.61 |
| 07/22/2013 | CARD | LAVA CANTINA | Meals and Entertainment | | 49.16 | | | 1,381.45 |
| 07/22/2013 | CARD | EXXONMOBILE | Automobile Expense | | 13.55 | | | 1,367.90 |
| 07/22/2013 | CARD | EXXONMOBILE | Automobile Expense | | 37.48 | | | 1,330.42 |
| 07/23/2013 | CARD | MOD SALON | Professional Fees | | 60.00 | | | 1,270.42 |
| 07/23/2013 | CARD | ALBERTSONS | Grocery/other expense | | 31.91 | | | 1,238.51 |
| 07/23/2013 | 1080 | HOUSEPET | Misc Expense | SHOTS | 308.98 | | | 929.53 |
| 07/24/2013 | CARD | CHIK FIL-A | Meals and Entertainment | | 11.10 | | | 918.43 |
| 07/24/2013 | CARD | SHELL OIL | Automobile Expense | | 7.07 | | | 911.36 |
| 07/25/2013 | CARD | ITUNES | Meals and Entertainment | | 16.34 | | | 895.02 |
| 07/25/2013 | CARD | ATT | Telephone Expense | | 174.60 | | | 720.42 |
| 07/26/2013 | DEP | DEPOSIT | Commission Income | Deposit | | | 1,000.00 | 1,720.42 |
| 07/26/2013 | AUTO | CHASE BANK | Fees and Dues | | 34.00 | | | 1,686.42 |
| 07/26/2013 | 1060 | BAYOU PEST | Repairs and Maintance | | 100.00 | | | 1,586.42 |
| 07/29/2013 | DEP | DEPOSIT | Commission Income | Deposit | | | 1,392.86 | 2,979.28 |
| 07/29/2013 | CARD | LAVA CANTINA | Meals and Entertainment | | 21.22 | | | 2,958.06 |
| 07/29/2013 | CARD | TEPPANY AKIHBA... | Meals and Entertainment | | 47.40 | | | 2,910.66 |
| 07/29/2013 | CARD | EXXONMOBILE | Automobile Expense | | 10.89 | | | 2,899.77 |
| 07/29/2013 | CARD | ALBERTSONS | Grocery/other expense | | 120.32 | | | 2,779.45 |
| 07/29/2013 | CARD | COX | Telephone Expense | | 235.50 | | | 2,543.95 |
| 07/29/2013 | CARD | DILLARDS | Misc Expense | CLOTHING | 40.88 | | | 2,503.07 |
| 07/29/2013 | CARD | DILLARDS | Misc Expense | CLOTHING | 106.82 | | | 2,396.25 |
| 07/29/2013 | CARD | DILLARDS | Misc Expense | CLOTHING | 16.34 | | | 2,379.91 |
| 07/29/2013 | CARD | CINEMARK | Meals and Entertainment | | 18.50 | | | 2,361.41 |

Page 3

# IAN E JAMES

8/13/2013 1:57 PM

Register: Ian James personal
From 07/01/2013 through 07/31/2013
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/29/2013 | 1081 | ALLSTATE IND CO | Insurance Expense | | 53.76 | | | 2,307.65 |
| 07/30/2013 | DEP | DEPOSIT | Commission Income | FROM 8917 | | | 800.00 | 3,107.65 |
| 07/30/2013 | CARD | EXXONMOBILE | Automobile Expense | | 4.83 | | | 3,102.82 |
| 07/30/2013 | CARD | EXXONMOBILE | Automobile Expense | | 80.91 | | | 3,021.91 |
| 07/30/2013 | 1082 | FORMOST INSURA... | Insurance Expense | | 208.08 | | | 2,813.83 |
| 07/30/2013 | 1120 | MET LIFE | Insurance Expense | | 120.62 | | | 2,693.21 |
| 07/31/2013 | DEP | DEPOSIT | Commission Income | Deposit | | | 3,000.00 | 5,693.21 |
| 07/31/2013 | CARD | ITUNES | Meals and Entertainment | | 3.58 | | | 5,689.63 |
| 07/31/2013 | CARD | MAXWELLS | Grocery/other expense | | 25.05 | | | 5,664.58 |
| 07/31/2013 | CARD | ALBERTSONS | Grocery/other expense | | 11.98 | | | 5,652.60 |
| 07/31/2013 | 1022 | BILLY HERMONES | Client Gifts | FLOWERS FO... | 103.60 | | | 5,549.00 |
| 07/31/2013 | 1083 | CUPID HART-JAMES | Child Support | | 2,500.00 | | | 3,049.00 |

✓ 3049.09