UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

IAN E. JAMES                                                               CASE NO. 13-10658

    Debtor                                                                    CHAPTER 11

*****************************************************************************

**<u>AMENDED CREDITOR MATRIX</u>**

**CREDITOR TO BE ADDED:**

Dennis R. Whalen
854 Main Street
Baton Rouge, LA  70802

In re  Ian E. James                     ,    Case No.  13-10658
           Debtor                                   (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1002<br>American Express<br>P.O. Box 650448<br>Dallas, TX  75265-0448 | X | | Incurred: 2011<br>Consideration: Credit card debt<br>Business Debt | | | | 2,338 |
| ACCOUNT NO.<br>American Express<br>P.O. Box 650448<br>Dallas, TX  75265-0448 | | | Incurred: 2011<br>Consideration: Settlement<br>19th JDC<br>American Express Bank FSB vs. Ian E. James<br>Case No. 609,526; Division 25 | | | | 6,000 |
| ACCOUNT NO. 5976<br>Baton Rouge Sewer & Drain Service, Inc.<br>dba Roto Rooter Plumbing & Drain<br>P.O. Box 64966<br>Baton Rouge, LA  70896 | | | Incurred: 3/13 | | | | 550 |
| ACCOUNT NO.<br>Brandi Davison LaBruzzo<br>Bryson Law Firm, LLC<br>4960 Bluebonnet Blvd., Ste. C<br>Baton Rouge, LA  70809 | | | Consideration: Attorneys for Ian E. James | | | | Notice Only |

  7  continuation sheets attached                              Subtotal ▶  $    8,888

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 30317-302Y-*****

*Amended*

In re  Ian E. James                                ,    Case No.  13-10658
               **Debtor**                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Camelot Club<br>451 Florida St.<br>Baton Rouge, LA 70801 | | | Incurred: 2013 | | | | 746 |
| ACCOUNT NO.<br>Charles E. Spedale<br>Newman, Mathis, Brady, Wakefield & Spedale<br>3301 North Blvd.<br>Baton Rouge, LA 70806-3700 | | | Consideration: Attorneys for Amercian Gateway Bank<br>19th JDC<br>American Gateway Bank vs. Ian E. James<br>619,898; Section 17 | | | | Notice Only |
| ACCOUNT NO. 2206<br>Chase Bank<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | X | | Incurred: 2012<br>Consideration: Credit card debt<br>Business Debt | | | | 5,912 |
| ACCOUNT NO. 7226<br>Chase Bank<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | | Incurred: 2012<br>Consideration: Credit card debt | | | | 2,500 |
| ACCOUNT NO. 8120<br>Congressional Federal Credit Union<br>P.O. Box 71050<br>Charlotte, NC 28272-1050 | X | | Incurred: 2011 | | | | 11,000 |

Sheet no. 1 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 20,158

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Amended

In re __Ian E. James_____, Case No. __13-10658_____
                          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Corey John Giroir<br>P.O. Box 87379<br>Baton Rouge, LA 70879 | | | Consideration: Attorneys for Wells Fargo | | | | Notice Only |
| ACCOUNT NO.<br>David S. Rubin<br>Kantrow Spaht Weaver & Blitzer (APLC)<br>P.O. Box 2997<br>Baton Rouge, LA 70821-2997 | | | Consideration: Attorney for Guarantee Service Team of Professionals, Inc. | | | | Notice Only |
| ACCOUNT NO.<br>Dennis R. Whalen<br>854 Main Street<br>Baton Rouge, LA 70802 | | | Incurred: 2011<br>Consideration: Rental Deposit | | X | | 1,800 |
| ACCOUNT NO.<br>Edward F. Bukaty, III<br>One Galleria Blvd.<br>Metairie, LA 70001-7571 | | | Consideration: Attorneys for American Express<br>19th JDC<br>American Express Bank FSB vs. Ian E. James<br>Case No. 609,526; Division 25 | | | | Notice Only |
| ACCOUNT NO. 5155<br>Elan Financial Services<br>P.O. Box 790408<br>St. Louis, MO 63179-0408 | | | Incurred: 2008<br>Consideration: Credit card debt<br>Edward Jones | | | | 31,269 |

Sheet no. _2_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 33,069

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Ian E. James ,    Case No.  13-10658
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7294<br>First Bankcard<br>c/o First National Bank of Omaha<br>P.O. Box 2557<br>Omaha, NE 68103-2557 | | | Incurred: 2008<br>Consideration: Credit card debt<br>LPL Financial | | | | 32,812 |
| ACCOUNT NO. 8313<br>Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228 | | | Consideration: Debt Collection Agency for American Express | | | | Notice Only |
| ACCOUNT NO. 1763<br>G. Steven Duplechain<br>8708 Jefferson Hwy., Ste. B<br>Baton Rouge, LA 70809 | | | Incurred: 9/11<br>Consideration: Legal Services<br>LSBA ADR Program<br>G. Steven Duplechain, Esq. vs. Ian James<br>Case No. 2013-002 | | | X | 6,015 |
| ACCOUNT NO.<br>Guarantee Service Team of Professionals, Inc.<br>ATTN: William S. Folks<br>11811 Dunlay<br>Baton Rouge, LA 70809 | | | Incurred: 3/13 | | | | 3,590 |
| ACCOUNT NO.<br>Jones Signs, LLC<br>8399 Florida Blvd.<br>Denham Springs, LA 70726 | X | | Incurred: 1/12 | | | | 500 |

Sheet no. 3 of 7 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ 42,917

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Ian E. James                         ,          Case No.  13-10658
            **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Joseph E. Juban<br>Long Law Firm, LLP<br>One United Plaza, Ste. 500<br>4041 Essen Lane<br>Baton Rouge, LA 70809 | | | Consideration: Attorneys for MPJ Real Estate, LLC | | | | Notice Only |
| ACCOUNT NO. 3057<br>Liam O'Brien<br>McCormick & O'Brien, LLP<br>9 East 40th, 4th Floor<br>New York, NY 10016 | | | Incurred: 9/12<br>Consideration: Attorney for Ian James | | | | 1,857 |
| ACCOUNT NO. ESOK<br>Litigation Mediation Group<br>6957 NW Expressway, Ste. 233<br>Oklahoma City, OK 73132 | | | Consideration: Debt Collection Agency / Attorneys for Baton Rouge Sewer & Drain Service, Inc. dba Roto Rooter Plumbing & Drain | | | | Notice Only |
| ACCOUNT NO. 9050<br>Louisiana Business, Inc.<br>P.O. Box 1949<br>Baton Rouge, LA 70821 | X | | Incurred: 2012<br>Business Report | | | | 1,082 |
| ACCOUNT NO.<br>MPJ Real Estate, LLC<br>8564 Jefferson Hwy., Ste. A<br>Baton Rouge, LA 70809 | | | Incurred: 4/13 | | | X | 3,063 |

Sheet no. 4 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $  6,002

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re  Ian E. James                                ,          Case No.  13-10658
                    **Debtor**                                              **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0701<br>Panhandle State Bank<br>P.O. Box 2349<br>Coeur D'Alene, ID 83816 | X | | Incurred: 2005<br>Consideration: Restaurant Note | X | X | X | 130,451 |
| ACCOUNT NO.<br>Philip Bohrer<br>8712 Jefferson Hwy.<br>Baton Rouge, LA 70809 | X | | Incurred: 10/12 | | | | 3,000 |
| ACCOUNT NO. 8330<br>Professional Recovery Services, Inc.<br>P.O. Box 1880<br>Voorhees, NJ 08043 | | | Consideration: Debt Collection Agency / Attorneys for Elan Financial Services | | | | Notice Only |
| ACCOUNT NO.<br>Randall C. Place<br>Place & Hanley, PLLC<br>30 Town Square Blvd., Ste. 202<br>Asheville, NC 28803 | | | Consideration: Attorney for Ian E. James<br>Ian James vs. Raymond James Financial Services, Inc.<br>Arbitration No. 12-03524; FINRA Matter No. 27622 | | | | Notice Only |
| ACCOUNT NO. 3215<br>Regions Bank<br>P.O. Box 2224<br>Birmingham, AL 35246-0026 | | | Incurred: 2011<br>Consideration: Loan | | | | 34,294 |

Sheet no. 5 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 167,745

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**



In re __Ian E. James__, Case No. __13-10658__
               Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2836<br>Regions Bank<br>P.O. Box 2224<br>Birmingham, AL 35246-0026 | X | | Incurred: 2/11<br>Consideration: Business Debt | | | | 25,227 |
| ACCOUNT NO. 6600<br>Regions Bank Consumer Collections<br>Drawer 550<br>P.O. Box 11407<br>Birmingham, AL 35246-8651 | | | Incurred: 2012<br>Consideration: Closed Checking Account | | | | 828 |
| ACCOUNT NO. 7846<br>River City Air Xpress<br>11232 Cedar Park Ave.<br>Baton Rouge, LA 70809 | | | Incurred: 8/12 | | | | 3,474 |
| ACCOUNT NO. 3427<br>Taylor, Porter, Brooks & Phillips, LLP<br>P.O. Box 2471<br>Baton Rouge, LA 70821 | | | Incurred: 2010<br>Consideration: Legal Services | | | | 6,960 |
| ACCOUNT NO. 5225<br>TCS Corp.<br>Collections / Legal Department<br>6715 NE 63rd Street, Ste. 263<br>Vancouver, WA 98661 | | | Consideration: Debt Collection Agency / Attorneys for Jones Signs, LLC | | | | Notice Only |

Sheet no. __6__ of __7__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 36,489

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re **Ian E. James**, Case No. **13-10658**
      Debtor                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8833<br>The LAMAR Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | X | | Incurred: 1998<br>Consideration: Business Expense - Contract | | | | 5,048 |
| ACCOUNT NO. 0176<br>U.S. Bank<br>P.O. Box 790408<br>St. Louis, MO 63179-0408 | X | | Incurred: 2008<br>Consideration: Line of Credit | | | | 20,090 |
| ACCOUNT NO.<br>Victor R. Loraso, III<br>Carleton/Loraso, LLC<br>9311 Bluebonnet Blvd., Ste. B<br>Baton Rouge, LA 70810 | | | Consideration: Attorneys for Ian E. James<br>19th JDC<br>James Stanley Harris vs. Ian E. James<br>Case No. 573,018; Division 23 | | | | Notice Only |
| ACCOUNT NO.<br>Wells Fargo Advisor Financial Network, LLC<br>c/o J. Burke McCormick<br>Legal Division<br>1 North Jefferson Ave.<br>St. Louis, MO 63103 | | | Incurred: 3/28/08<br>FINRA Dispute Resolution<br>Wells Fargo Advisors, LLC vs. Ian James<br>No. 13-00987 FINRA | | | X | 20,242 |
| ACCOUNT NO. 0002<br>Yellow Pages<br>P.O. Box 105024<br>Atlanta, GA 30348-5024 | | | Incurred: 2012 | | | | 1,284 |

Sheet no. 7 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 46,664

Total $ 361,932

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Amended**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Louisiana

In re    Ian E. James                                                      Case No.    13-10658
                        Debtor

                                                                           Chapter    11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 1,256,000 | | |
| B – Personal Property | YES | 4 | $ 38,432 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 1,234,672 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 20,109 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 361,932 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 25,523 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 30,528 |
| TOTAL | | 25 | $ 1,294,432 | $ 1,616,713 | |

Official Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Louisiana

In re: Ian E. James, Debtor

Case No. 13-10658

Chapter 11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 20,109 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0 |
| Student Loan Obligations (from Schedule F) | $ 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ 20,109 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 25,523 |
| Average Expenses (from Schedule J, Line 18) | $ 30,528 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 0 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 42,685 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 20,109 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0 |
| 4. Total from Schedule F | | $ 361,932 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 404,617 |

Amended

In re  Ian E. James  
_____  
**Debtor**

Case No. 13-10658  
**(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __27__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  9/12/13

Signature:  s/ Ian E. James  
Debtor

Date _____

Signature:  Not Applicable  
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,  
of Bankruptcy Petition Preparer

Social Security No.  
*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____  
Signature of Bankruptcy Petition Preparer

_____  
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____

_____  
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE:

| | |
|---|---|
| **IAN E. JAMES** | **CASE NO. 13-10658** |
| **Debtor** | **CHAPTER 11** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§152 and 3571.)

**DECLARATION**

I, Ian E. James, debtor herein, declare under penalty of perjury that I have read the foregoing (1) AMENDED SCHEDULE F – CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS, (2) AMENDED SUMMARY OF SCHEDULES; and, (3) AMENDED CREDITOR MAILING MATRIX **(Creditor Added)** consisting of  13  sheets (including this declaration), and it is true and correct to the best of my information and belief.


Date: September 12, 2013            By: s/ Ian E. James
                                        **IAN E. JAMES**, *Debtor*