**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE:

CASE NO. 13-10658

IAN E. JAMES

CHAPTER 11

    Debtor

(Small Business)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR AUTHORITY TO SELL PROPERTY**
**OF THE ESTATE PURSUANT TO 11 U.S.C. § 363**

**NOW INTO COURT,** through undersigned counsel, comes Ian E. James ("Debtor"), debtor herein, who files this *Motion for Authority to Sell Property of the Estate Pursuant to 11 U.S.C. § 363* ("Motion") and respectfully asserts:

1.

Pursuant to 28 U.S.C. §§ 157(b) and 1334, this Court has jurisdiction (i) to hear and determine this Motion, and (ii) over the persons and property affected hereby. The subject matter of the Motion is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (N). Venue of this proceeding and jurisdiction is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.

On February 20, 2012 ("Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Chapter 11 Case"). The Debtor has continued to manage his property since the Petition Date. No trustee or examiner has been appointed, and no official committee of creditors or equity interest holders has been established.

3.

Debtor is the owner of certain immovable property located at 1828 Myrtledale Avenue, described as Lot Number Twenty-One (21), Square Ten (10), University Gardens Subdivision,

East Baton Rouge Parish, Louisiana ("Property"). The Property is residential rental property not necessary to an effective reorganization.

4.

The Debtor, as seller, has entered into a *Louisiana Residential Agreement to Buy or Sell* ("Purchase Agreement"), a copy of which is attached hereto as Exhibit "A", for the sale of the Property for the sum of $355,000.00 to Robert Michael Hebert, Jr. and Layla Sanandaji Hebert ("Buyers").

5.

Debtor wishes to sell the Property to Buyer free and clear of all liens and encumbrances pursuant to 11 U.S.C. § 363 which authorizes the sale of property of the estate after notice and hearing.

6.

The Debtor believes that the proposed purchase price is fair and reasonable, and that the sale of Property is in the best interest of the estate and its creditors.

7.

The Buyers are completely unaffiliated with the Debtor.

8.

To the best of Debtor's knowledge, information and belief, there are no liens, mortgages, security interests, privileges and/or encumbrances asserted against the Property other than tax liens, a mortgage in favor of American Gateway Bank ("AGB") securing a claim estimated to be in the amount of roughly $335,000.00. The Debtor believes AGB will release its mortgage in exchange for the net sales proceeds, reserving any deficiency. The property is also encumbered by a judicial mortgage in favor of James S. Harris. If funds are available after the payment of the

allowed claim of AGB, realtor's commission and tax liens, the balance of the proceeds will be paid to reduce the claim of Mr. Harris.

9.

The Debtor owes taxes to certain taxing authority in an amount of approximately $20,000.00; and the Debtor believes that all of this tax claim will be paid in full from the sales proceeds:

| TAXING ENTITY | AMOUNT |
|---|---|
| East Baton Rouge Parish Sheriff's Office<br>ATTN: Foreclosure Department<br>100 St. Ferdinand Street<br>Baton Rouge, LA 70802 | $20,000.00 |
| **TOTAL:** | **$20,000.00** |

The Debtor shows that no sheriff commission will be paid from the proceeds.

10.

Service of this Motion should be made upon the Office of the United States Trustee, AGB, all parties requesting notice thereof, upon all taxing authority identified herein (whose address is set out in Paragraph 9 above) and upon the following entities:

> Hon. J. Thomas "Tom" Schedler
> Secretary of State
> State of Louisiana - State Capitol
> P.O. Box 94125
> Baton Rouge, LA 70804-9125
>
> Internal Revenue Service
> P.O. Box 7346
> Philadelphia, PA 19101-7346
>
> Louisiana Department of Revenue and Taxation
> Bankruptcy Section
> P.O. Box 66658
> Baton Rouge, LA 70896

and the notice of hearing on this Motion therefore should be made upon all creditors and parties of interest in the captioned matter.

**WHEREFORE**, Ian E. James, the Debtor, prays that this matter be set for hearing and, after hearing, this Honorable Court grant the relief requested herein and as follows:

(1) That the Debtor be authorized to enter into the Purchase Agreement;

(2) That the Debtor be authorized to sell the immovable property free and clear of all liens and encumbrances in accordance with the provisions of 11 U.S.C. § 363 and in accordance with the terms and conditions stated in the Purchase Agreement;

(3) That the Debtor be authorized to execute all documents necessary and consistent with a resulting sale and Order of this Court;

(4) That the Clerk and Recorder of Mortgages for the Parish of East Baton Rouge, Louisiana cancel all liens and mortgages of record;

(5) That the Court's Order approving the sale specifically contain a finding that all creditors and parties in interest as set forth in the official mailing matrix of the case have been properly served and notified of the Motion;

(6) That the proceeds of the sale be used to pay tax liens affecting the property, the allowed claim of American Gateway Bank and, if funds are available, the claim of James S. Harris; and,

(7) For other relief that is equitable and just.

        **Respectfully submitted;**
        **STEFFES, VINGIELLO & McKENZIE, LLC**
        13702 Coursey Blvd., Building 3
        Baton Rouge, Louisiana  70817
        Telephone:  (225) 751-1751
        Facsimile:  (225) 751-1998
        E-mail:  avingiello@steffeslaw.com

By:  **s/ Arthur A. Vingiello**
     **ARTHUR A. VINGIELLO (#13098)**

*Attorneys for Debtor,* Ian E. James