UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: IAN JAMES | CASE NO: 13-10658 |
| DEBTOR | CHAPTER 7 CASE |

## NOTICE OF AMENDMENT

**NOTICE IS HEREBY GIVEN** that Ian James, debtor herein, has filed the attached voluntary amendment to Schedule C-Property Claimed as Exempt and the Summary of Schedules.

Respectfully submitted:

Herpin Law Firm, LLC
200 Government Street, Ste. 200
Baton Rouge, LA  70802
Telephone: (225) 242-2227

_s/James M. Herpin_____
James M. Herpin, Bar Roll #18257
Attorney for Debtor

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Middle District of Louisiana

In re: **Ian E. James**
Debtor

Case No. **13-10658**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,256,000.00 | | |
| B - Personal Property | Yes | 4 | 38,432.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,234,672.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 20,109.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 360,132.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 25,523.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 30,528.00 |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| Total Assets | | | 1,294,432.00 | | |
| Total Liabilities | | | | 1,614,913.00 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Middle District of Louisiana

In re    Ian E. James                                                   Case No.  13-10658
_____
                              Debtor
                                                                        Chapter           7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 20,109.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 20,109.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 25,523.00 |
| Average Expenses (from Schedule J, Line 22) | 30,528.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 1,234,672.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 20,109.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 360,132.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,594,804.00 |

B6C (Official Form 6C) (4/13)

In re  Ian E. James                                                                                  Case No.  13-10658
                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                 *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| Residence @ 6427 Province Lane, Baton Rouge LA 70808 | La. Const. Art. 12, § 9; LSA-R.S. § 20:1 | 35,000.00 | 900,000.00 |
| **Household Goods and Furnishings** | | | |
| Living room furniture | LSA-R.S. § 13:3881(A)(4)(a) | 895.00 | 895.00 |
| Formal Dining Table + Chairs | LSA-R.S. § 13:3881(A)(4)(a) | 1,700.00 | 1,700.00 |
| Entry Way Side table - $100; Misc. Small Kitchen Appliances - $300 | LSA-R.S. § 13:3881(A)(4)(a) | 400.00 | 400.00 |
| Misc. Dinnerware - $300; Misc. Flatware - $125; Misc. Pots & Pans - $375 | LSA-R.S. § 13:3881(A)(4)(a) | 800.00 | 800.00 |
| (3) Bedroom Suites - $3,000.00 | LSA-R.S. § 13:3881(A)(4)(a) | 3,000.00 | 3,000.00 |
| Child's Bed + Dresser - $275 | LSA-R.S. § 13:3881(A)(4)(a) | 275.00 | 275.00 |
| Dining Room Table + Chairs - $400 | LSA-R.S. § 13:3881(A)(4)(a) | 400.00 | 400.00 |
| **Interests in Insurance Policies** | | | |
| Protective Life Term Insurance Policy (#xxxxx1866) - $0; Protective Life Insurance Company PO Box 12687, Birmingham, AL 35202-6687 | LSA-R.S. § 22:646<br>LSA-R.S. § 22:647(A) | 0.00<br>0.00 | 0.00 |
| MetLife Term Life Insurance Policy (#xxxxx6709) - $0 | LSA-R.S. § 22:646<br>LSA-R.S. § 22:647(A) | 0.00<br>0.00 | 0.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2008 Range Rover Sport (VIN # SAL5K25498A130965) - $22,000.00 | LSA-R.S. § 13:3881(A)(7) | 7,500.00 | 22,000.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| (5) Desks - $500; (5) Old Computers - $100; TV / Monitor for Conference Room - $100; (2) Couches - $50; (6) Office Chairs - $100; Conference Table $100; (6) Filing Cabinets $50; Computer System - $500; Telephone System $275 | LSA-R.S. § 13:3881(A)(2) | 1,775.00 | 1,775.00 |
| | Total: | 51,745.00 | 931,245.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE: IAN JAMES                                    CASE NO: 13-10658
  DEBTOR                                            CHAPTER 7 CASE

## DECLARATION

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571.)

I, Ian James, Debtor in this case, declare under penalty of perjury that I have read the foregoing amendment to Schedule C-Property Claimed as Exempt and the Summary of Schedules, consisting of 5 pages (including this declaration), and that they are true and correct to the best of my information and belief.

Dated: 9/4/14

                                    _s/Ian James_____
                                    Ian James