UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE: IAN JAMES                                   CASE NO: 13-10658

      DEBTOR                                    CHAPTER 7 CASE

NOTICE OF AMENDMENT

**NOTICE IS HEREBY GIVEN** that Ian James, debtor(s) herein, has filed the attached voluntary amendment to Schedule F- Creditors Holding Unsecured Nonpriority Claims, the Creditor Mailing Matrix and the Summary of Schedules.

    Respectfully submitted:

    James M. Herpin
    200 Government Street, Ste. 200
    Baton Rouge, LA 70802
    Telephone: (225) 242-2227

    _s/James M. Herpin_____
    James M. Herpin, Bar Roll #18257
    Attorney for Debtors

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Middle District of Louisiana

In re    **Ian E. James**  
_____,  
Debtor

Case No.    **13-10658**

Chapter    **7**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,256,000.00 | | |
| B - Personal Property | Yes | 3 | 38,432.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,234,672.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 20,109.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 365,399.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 25,523.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 30,528.00 |
| Total Number of Sheets of ALL Schedules | | 14 | | | |
| Total Assets | | | 1,294,432.00 | | |
| Total Liabilities | | | | 1,620,180.95 | |

# United States Bankruptcy Court
## Middle District of Louisiana

In re   **Ian E. James**  
_____,  
Debtor

Case No. __13-10658__

Chapter __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 20,109.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 20,109.00 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 12) | 25,523.00 |
| Average Expenses (from Schedule J, Line 22) | 30,528.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 0.00 |

**State the following:**

| | |
| --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | 1,234,672.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 20,109.00 |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | 0.00 |
| 4. Total from Schedule F | 365,399.95 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | 1,600,071.95 |

B6F (Official Form 6F) (12/07)

In re  Ian E. James                                    Case No.  13-10658
                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0025711082209401<br><br>Cox Communications<br>Attn: CSS<br>P.O. Box 61001<br>New Orleans, LA 70160-0001 | | - | Claim added pursuant to Bk Rule 1019 | | | | 1,746.45 |
| Account No. 415036891<br><br>JPMorgan Chase Bank, N.A.<br>P.O. Box 659754<br>San Antonio, TX 78265-9754 | | - | Checking Acct<br>Claim added pursuant to Bk Rule 1019 | | | | 1,070.52 |
| Account No.<br><br>Juban's Restaurant, Inc.<br>3739 Perkins Road<br>Baton Rouge, LA 70808 | | - | Claim added Pursuant to Bank, Rule 1019 | | | | 2,450.98 |
| Account No. | | | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | 5,267.95 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 5,267.95 |

Chase Bank
OH1-1272
340 S. Cleveland Ave., Bldg. 370
Westerville, OH 43081

Chase National Payment Services
P.O. Box 182223
Dept. OH1-1272
Columbus, OH 43218

Cox Communications
Attn: CSS
P.O. Box 61001
New Orleans, LA 70160-0001

Cox Communications
PO Box 1259
Oaks, PA 19456

JPMorgan Chase Bank, N.A.
P.O. Box 659754
San Antonio, TX 78265-9754

Juban's Restaurant, Inc.
3739 Perkins Road
Baton Rouge, LA 70808

Kleinpeter & Kleinpeter
R. Loren Kleinpeter, Attorney
7644 Old Hammond Hwy
Baton Rouge, LA 70809

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE: IAN JAMES                                           CASE NO: 13-10658

DEBTOR                                                     CHAPTER 7 CASE

## DECLARATION

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. Sections 152 and 3571.)

I, Ian James, debtor(s) in this case, declare under penalty of perjury that I have read the foregoing amendment to Schedule F- Creditors Holding Unsecured Nonpriority Claims, the Creditor Mailing Matrix and the Summary of Schedules, consisting of 6 pages (including this declaration), and that they are true and correct to the best of my information and belief.

Dated: October 29, 2014

_s/Ian James_
Ian James