B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Middle District of Louisiana
**Case No. 13–10658**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ian E. James
  dba Capital Financial Group
  6427 Province Lane
  Baton Rouge, LA 70808

Social Security / Individual Taxpayer ID No.:
  xxx–xx–1805

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                          BY THE COURT

Dated: 11/4/14                            s/ Douglas D. Dodd
                                          United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Middle District of Louisiana
In re:                                                                      Case No. 13-10658-ddd
Ian E. James                                                                Chapter 7
      Debtor                    CERTIFICATE OF NOTICE
District/off: 053N-3          User: rcal                  Page 1 of 3                  Date Rcvd: Nov 04, 2014
                              Form ID: B18                Total Noticed: 79


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2014.
db           +Ian E. James,    6427 Province Lane,    Baton Rouge, LA 70808-3579
cr           +American Gateway Bank,    %Charles E Spedale,    3301 North Blvd.,    Baton Rouge, LA 70806-3745
cr           +Dept of Treas/IRS United States of America,    James Thompson, AUSA,
               777 Florida Blvd., Ste. 208,    Baton Rouge, LA 70801-1717
cr            Guarantee Service Team of Professionals, Inc.,    c/o David S. Rubin,
               Kantrow, Spaht, Weaver & blitzer (APLC),    P. O. Box 2997,    Baton Rouge, LA  70821-2997
cr           +JPMorgan Chase Bank, NA,    McNew, King, Mills, Burch & Landry, LLP,    c/o William T. McNew,
               2400 Forsythe Ave., Ste 2,    Monroe, LA 71201-2939
cr           +James Stanley Harris,    10761 Perkins Road,    Suite A,    Baton Rouge, LA 70810-1694
cr           +Regions Bank,    c/o Steve Chiccarelli,    Chase NOrth Tower, 20th Floor,    450 Laurel Street,
               Baton Rouge, LA 70801-1817
cr            WB Office Park, LLC,    Baton Rouge, LA  70802
1580979      +American Gateway Bank,    PO Box 500,    Port Allen, LA 70767-0500
1605302      +Andrew B. Ezell,    10761 Perkins Road,    Suite A,    Baton Rouge, LA 70810-1694
1597674       BID-IT, LLC,    c/o Darlene Currie,    P.O. Box 306,    Kingston, ID 83839-0306
1580980      +Baton Rouge Sewer & Drain Service, Inc.,    dba Roto Rooter Plumbing & Drain,    P.O. Box 64966,
               Baton Rouge, LA 70896-4966
1597668      +Brandi Davison LaBruzzo,    4960 Bluebonnet Blvd., Ste. C,    Baton Rouge, LA 70809-3088
1580981      +Camelot Club,    451 Florida St.,    Baton Rouge, LA 70801-1788
1580982     #+Capital Financial Group,    8556 Jefferson Hwy., Ste. B,    Baton Rouge, LA 70809-2230
1580983       Charles E. Spedale,    Newman, Mathis, Brady, Wakefield & Speda,    3301 North Blvd.,
               Baton Rouge, LA  70806-3700
1679427      +Chase National Payment Services,    P.O. Box 182223,    Dept. OH1-1272,    Columbus, OH 43218-2223
1597671       Clerk, 19th Judicial District Court,    Collections Dept.,    P.O. Box 1991,
               Baton Rouge, LA 70821-1991
1679428      +Cox Communications,    Attn: CSS,    P.O. Box 61001,    New Orleans, LA 70161-1001
1581970       David S. Rubin,    Kantrow Spaht Weaver & Blitzer (APLC),    P. O. Box 2997,
               Baton Rouge, LA  70821-2997
1606013      +Dennis R. Whalen,    854 Main Street,    Baton Rouge, LA 70802-5528
1580987      +East Baton Rouge Parish Sheriff's Office,    ATTN:  Foreclosure Department,
               100 St. Ferdinand Street,    Baton Rouge, LA 70802-5736
1580988       Edward F. Bukaty, III,    One Galleria Blvd.,    Metairie, LA  70001-7571
1580990       First Bankcard,    c/o First National Bank of Omaha,    P.O. Box 2557,    Omaha, NE  68103-2557
1586254      +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha, NE 68197-0002
1597663      +G. Steven Duplechain,    8708 Jefferson Hwy., Ste. B,    Baton Rouge, LA 70809-2411
1581965       Guarantee Service Team of Professionals, Inc.,    11811 Dunlay Lane,
               Baton Rouge, LA  70809-5173
1597665      +Guarantee Service Team of Professionals, Inc.,    ATTN: William S. Folks,    11811 Dunlay,
               Baton Rouge, LA 70809-5173
1679430       JPMorgan Chase Bank, N.A.,    P.O. Box 659754,    San Antonio, TX  78265-9754
1580992      +James Stanley Harris,    c/o Andrew B. Ezell,    Ezell Law Firm, LLC,
               10761 Perkins Road, Ste. A,    Baton Rouge, LA 70810-1694
1597662      +Jones Signs, LLC,    8399 Florida Blvd.,    Denham Springs, LA 70726-7806
1580993      +Joseph E. Juban,    Long Law Firm, LLP,    One United Plaza, Ste. 500,    4041 Essen Lane,
               Baton Rouge, LA 70809-7319
1679431      +Jubans Restaurant, Inc.,    3739 Perkins Road,    Baton Rouge, LA 70808-2950
1679432      +Kleinpeter & Kleinpeter,    R. Loren Kleinpeter, Attorney,    7644 Old Hammond Hwy,
               Baton Rouge, LA 70809-1221
1580975      +LA Dept of Rev,    Bnkr Sec,    PO Box 66658,    Baton Rouge, LA 70896-6658
1680521      +Lamar Advertising Company,    Credit Department,    P. O. Box 66338,    Baton Rouge, LA 70896-6338
1580994      +Laurna Hart-James,    12415 Windermere Oaks Court,    Baton Rouge, LA 70810-0911
1597664      +Liam O'Brien,    McCormick & O'Brien, LLP,    9 East 40th, 4th Floor,    New York, NY 10016-0402
1580995      +Litigation Mediation Group,    6957 NW Expressway, Ste. 233,    Oklahoma City, OK 73132-3533
1597670      +Louisiana Business, Inc.,    P.O. Box 1949,    Baton Rouge, LA 70821-1949
1580996      +MPJ Real Estate, LLC,    8564 Jefferson Hwy., Ste. A,    Baton Rouge, LA 70809-2230
1580974      +Office of the U.S. Attorney,    777 Florida Street, Ste. 208,    Baton Rouge, LA 70801-1717
1601201       Panhandle State Bank,    c/o Sheila R. Schwager,    Hawley Troxell Ennis & Hawley, LLP,
               P.O. Box 1617,    Boise, ID 83701-1617
1597673      +Panhandle State Bank,    P.O. Box 2349,    Coeur D'Alene, ID 83816-2349
1580997      +Philip Bohrer,    8712 Jefferson Hwy.,    Baton Rouge, LA 70809-2000
1597675      +Place & Hanley, PLLC,    30 Town Square Blvd., Ste. 202,    Asheville, NC 28803-5052
1597667       Professional Recovery Services, Inc.,    P.O. Box 1880,    Voorhees, NJ 08043,
               Thomas A. Breaux. Sr.,    15216 Campanile Court,    Baton Rouge, LA 70810-8377
1597703      +Randall C. Place,    Place & Hanley, PLLC,    30 Town Square Blvd., Ste. 202,
               Asheville, NC 28803-5052
1606021      +Regions Bank,    c/o Stephen F. Chiccarelli,    Baker Donelson,    Chase North Tower, 20th Floor,
               450 Laurel Street,    Baton Rouge, Louisiana 70801-1817
1580999       Regions Bank Consumer Collections,    Drawer 550,    P.O. Box 11407,    Birmingham, AL  35246-8651
1597672      +River City Air Xpress,    11232 Cedar Park Ave.,    Baton Rouge, LA 70809-4124
1597661      +TCS Corp.,    Collections / Legal Department,    6715 NE 63rd Street, Ste. 263,
               Vancouver, WA 98661-1980
1581000      +Taylor, Porter, Brooks & Phillips, LLP,    P.O. Box 2471,    Baton Rouge, LA 70821-2471
1597669      +The LAMAR Companies,    P.O. Box 96030,    Baton Rouge, LA 70896-9030
```

```
District/off: 053N-3          User: rcal                   Page 2 of 3                   Date Rcvd: Nov 04, 2014
                              Form ID: B18                 Total Noticed: 79

1581003        +Wells Fargo Advisor Financial Network, LLC,   c/o J. Burke McCormick,   Legal Division,
                 1 North Jefferson Ave.,    St. Louis, MO 63103-2205
1581004         Wells Fargo Home Mortgage,    PO Box 10368,   Des Moines, IA 50306-0368

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: WFFC.COM Nov 04 2014 20:33:00      Wells Fargo Home Mortgage,   3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
1580978         EDI: AMEREXPR.COM Nov 04 2014 20:33:00      American Express,   P.O. Box 650448,
                 Dallas, TX  75265-0448
1600005         EDI: BECKLEE.COM Nov 04 2014 20:33:00      American Express Bank FSB,   c/o Becket and Lee LLP,
                 POB 3001,   Malvern PA 19355-0701
1580985         EDI: CHASE.COM Nov 04 2014 20:33:00      Chase Bank,   P.O. Box 94014,
                 Palatine, IL  60094-4014
1580984        +EDI: CAUT.COM Nov 04 2014 20:33:00      Chase Bank,   P.O. Box 5210,
                 New Hyde Park, NY 11042-5210
1679426        +EDI: CHASE.COM Nov 04 2014 20:33:00      Chase Bank,   OH1-1272,
                 340 S. Cleveland Ave., Bldg. 370,   Westerville, OH 43081-8917
1598769        +E-mail/Text: jwishard@congressionalfcu.org Nov 04 2014 20:39:13      Congressional Federal,
                 P.O. Box 23267,   Washington, DC 20026-3267
1580986         E-mail/Text: jwishard@congressionalfcu.org Nov 04 2014 20:39:13
                 Congressional Federal Credit Union,   P.O. Box 23267,   Washington, DC 20026-3267
1679429        +E-mail/Text: CCICollectionsGlobalForms@cox.com Nov 04 2014 20:39:20      Cox Communications,
                 P.O. Box 1259,   Oaks, PA 19456-1259
1580976        +E-mail/Text: julie.n.taylor@irscounsel.treas.gov Nov 04 2014 20:39:25
                 District Counsel - IRS,   PO Box 30509,   New Orleans, LA 70190-0509
1580991        +EDI: FSAE.COM Nov 04 2014 20:33:00      Firstsource Advantage, LLC,   205 Bryant Woods South,
                 Amherst, NY 14228-3609
1580977         EDI: IRS.COM Nov 04 2014 20:33:00      Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
1584362         EDI: CAUT.COM Nov 04 2014 20:33:00      JPMorgan Chase Bank, N.A.,   PO BOX 29505,   AZ1-1191,
                 Phoenix, AZ 85038-9505
1580973        +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Nov 04 2014 20:39:10      Office of the U.S. Trustee,
                 400 Poydras Street, Suite 2110,   New Orleans, LA 70130-3238
1580998         EDI: AMSOUTH.COM Nov 04 2014 20:33:00      Regions Bank,   P.O. Box 2224,
                 Birmingham, AL  35246-0026
1585831        +EDI: AMSOUTH.COM Nov 04 2014 20:33:00      Regions Bank,   PO Box 10063,
                 Birmingham, Al 35202-0063
1593134         EDI: USBANKARS.COM Nov 04 2014 20:33:00      ELAN FINANCIAL SERVICES,
                 as Servicer for EDWARD JONES,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
                 CINCINNATI, OH 45201-5229
1580989         EDI: USBANKARS.COM Nov 04 2014 20:33:00      Elan Financial Services,   P.O. Box 790408,
                 St. Louis, MO  63179-0408
1581001         EDI: USBANKARS.COM Nov 04 2014 20:33:00      U.S. Bank,   P.O. Box 790408,
                 St. Louis, MO  63179-0408
1595676         EDI: USBANKARS.COM Nov 04 2014 20:33:00      US BANK N.A.,   BANKRUPTCY DEPARTMENT,
                 P.O. BOX 5229,   CINCINNATI, OH 45201-5229
1592664         EDI: WFFC.COM Nov 04 2014 20:33:00      Wells Fargo Bank, N.A.,   Home Equity Group,
                 1 Home Campus X2303-01A,   Des Moines, IA 50328-0001
1608014        +EDI: WFFC.COM Nov 04 2014 20:33:00      Wells Fargo Home Mortgage,
                 Attention: Bankruptcy department,   MAC #D3347-014,   3476 State view Blvd.,
                 Fort Mill, SC 29715-7203
1597705         EDI: ATTWIREBK.COM Nov 04 2014 20:33:00      Yellow Pages,   P.O. Box 105024,
                 Atlanta, GA 30348-5024
                                                                                               TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1597666*        David S. Rubin,   Kantrow Spaht Weaver & Blitzer (APLC),   P.O. Box 2997,
                 Baton Rouge, LA 70821-2997
1581002       ##+Victor R. Loraso, III,   Carleton/Loraso, LLC,   9311 Bluebonnet Blvd., Ste. B,
                 Baton Rouge, LA 70810-2970
                                                                                  TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 053N-3          User: rcal              Page 3 of 3              Date Rcvd: Nov 04, 2014
                              Form ID: B18            Total Noticed: 79
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2014 at the address(es) listed below:
          Andrew B. Ezell    on behalf of Creditor James Stanley Harris aezell@ezellfirm.com
          Charles E. Spedale    on behalf of Creditor    American Gateway Bank cspedale@nmlaw.com,
           dslagle@nmlaw.com;VCP@nmlaw.com;tdenoux@nmlaw.com
          David S. Rubin    on behalf of Creditor    Guarantee Service Team of Professionals, Inc.
           drubin@kswb.com
          Herschel C. Adcock, Jr.    on behalf of Creditor    Wells Fargo Home Mortgage tlittle@hcadcockjr.com
          James M. Herpin    on behalf of Debtor Ian E. James bankruptcy@herpinlaw.com,   herpinlaw@gmail.com
          James P. Thompson    on behalf of Creditor Dept of Treas/IRS   United States of America
           jay.thompson@usdoj.gov,   linda.duplessis@usdoj.gov
          Martin A. Schott    on behalf of Trustee Martin A. Schott ctschott@bellsouth.net,   la08@ecfcbis.com
          Martin A. Schott    ctschott@bellsouth.net,   la08@ecfcbis.com
          Stephen F. Chiccarelli    on behalf of Creditor    Regions Bank schiccarelli@bakerdonelson.com,
           nwiley@bakerdonelson.com
          U.S. Trustee    ustp.region05@usdoj.gov
          Virginia J. McLin    on behalf of Creditor    WB Office Park, LLC jmclin@kcwlaw.com
          Virginia J. McLin    on behalf of Creditor    Wells Fargo Home Mortgage jmclin@kcwlaw.com
          William T. McNew    on behalf of Creditor    JPMorgan Chase Bank, NA wmcnew@mkmblaw.com
                                                                                              TOTAL: 13
```